UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRELL WENDELL NICKELSON,

Plaintiff,

-against-

ALBERTO DEMARCHENA, et al.,

Defendants.

25-CV-3847 (KMW)

ORDER OF DISMISSAL

KIMBA M. WOOD, United States District Judge:

By Order dated August 20, 2025, the Court granted Plaintiff 60 days' leave to file an amended complaint. (ECF No. 9.) That Order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment against Plaintiff in this action.

SO ORDERED.

Dated: July 21, 2026
New York, New York

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge